1 STEVEN B. PISER, SBN 62414
J. SCOTT ISHERWOOD, SBN 178573
2 LAW OFFICES OF STEVEN B. PISER
A Professional Corporation
3 499 – 14th Street, Suite 210
Oakland, California 94612
4 Telephone: (510) 835-5582
Facsimile: (510) 832-1717
5
Attorneys for
6 Summit Bank, a California corporation

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALFIORNIA

10 SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12 UNITED STATES OF AMERICA, | CASE NO. CV 12 3567 EDL |
| 13 Plaintiff, | STIPULATED REQUEST FOR ORDER CHANGING TIME AND ORDER |
| 14 vs. | |
| 15 REAL PROPERTY AND IMPROVEMENTS LOCATED AT 1840 EMBARDERO, OAKLAND, CALIFORNIA, | |
| 16 | |
| 17 Defendant. | |

18 IT IS HEREBY STIPULATED by and between the parties hereto that Summit Bank's

19 time to file a claim under Rule G(5)(a) be and hereby is extended to and including September 13,

20 2012.

21 It is further stipulated that Summit Bank's time to file a responsive pleading to the

22 complaint be and hereby is extended to October 4, 2012.

23 SO STIPULATED,

24 LAW OFFICES OF STEVEN B. PISER
A Professional Corporation
25

26 Dated: August ___, 2012 By: _____

27 STEVEN B. PISER
Attorney for
28 SUMMIT BANK

|   |   |
|---|---|
| Dated: August 7th, 2012 | US ATTORNEY'S OFFICE<br><br>By: _/s/ Arvon J. Perteet_<br>ARVON J. PERTEET<br>Attorneys for<br>UNITED STATES OF AMERICA |

ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: August 10, 2012

_Elizabeth D. Laporte_
Judge of the U.S. District Court