Arthur A. Hartinger (SBN: 121521)
ahartinger@meyersnave.com
Geoffrey Spellberg (SBN: 121079)
gspellberg@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
575 Market Street, Suite 2600
San Francisco, California 94105
Telephone: (415) 421-3711
Facsimile: (415) 421-3767

Attorneys for Claimant to the REAL PROPERTY AND IMPROVEMENTS LOCATED AT 1840 EMBARCADERO, OAKLAND, CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 1840 EMBARCADERO, OAKLAND, CALIFORNIA,<br><br>Defendant. | Case No. CV 12-3567<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE CLAIM**<br><br>Trial Date: None Set |

The United States of America ("USA") has filed an in rem forfeiture action against the Real Property and Improvements located at 1840 Embarcadero, Oakland, California.

Under Rule G(5)(a) of the Federal Rules of Civil Procedure any person who asserts an interest in the property must file a claim by August 14, 2012.

Pursuant to a request from counsel representing the property, the parties hereto agree to extend the Rule G(5)(a) claim filing date to September 14, 2012.

It is so stipulated.

1947946
STIPULATION AND ORDER

CV 12-3567

1 | DATED: August 7, 2012     MEYERS, NAVE, RIBACK, SILVER & WILSON

By: /s/ Geoffrey Spellberg
Geoffrey Spellberg
Attorneys for the Claimant to the REAL
PROPERTY AND IMPROVEMENTS
LOCATED AT 1840 EMBARCADERO,
OAKLAND, CALIFORNIA

DATED: August 7, 2012

By: /s/ Arvon J. Perteet
Arvon J. Perteet, Esq.
Assistant U.S. Attorney for Plaintiff,
UNITED STATES OF AMERICA

**ORDER**

For Good Cause Shown, this stipulation is entered as the Order of the Court.

Dated: August 10, 2012

/s/ Elizabeth D. Laporte
U.S. District Court Judge