UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 1840 EMBARCADERO, OAKLAND, CA,<br><br>Defendant._____/ | No. C 12-3567 MEJ<br>Related cases: 12-3566 MEJ<br>                        12-5245 MEJ<br><br>**ORDER VACATING CMC**<br><br>**ORDER CONTINUING HEARING RE: MOTION TO STAY** |

As there is a pending motion to stay these cases, the Court finds a case management conference unnecessary at this time and hereby VACATES the April 4, 2013 Case Management Conference in 12-3566 and 12-3567. Further, the hearing on Defendant City of Oakland's Motion to Stay is continued to April 18, 2013 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: March 28, 2013

_____
Maria-Elena James
Chief United States Magistrate Judge

Case3:12-cv-03567-MEJ Document98 Filed03/28/13 Page2 of 2