UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>REAL PROPERTY & IMPROVEMENTS LOCATED AT 1840 EMBARCADERO, OAKLAND, CALIFORNIA,<br><br>    Defendant. | Case No.  12-cv-03567-MEJ<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE AMICUS BRIEF WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 114 |

On January 3, 2014, non-party Carl Olsen filed a Motion for Leave to File Brief of Amicus Curiae.  Dkt. No. 114.  However, this matter is currently stayed pending appeal.  Dkt. No. 107. Accordingly, the Court **DENIES** Mr. Olsen's Motion without prejudice to Mr. Olsen re-filing his Motion after the stay is lifted.

**IT IS SO ORDERED.**

Dated: January 13, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge