CEDRIC C. CHAO (SBN 76045)
cedric.chao@dlapiper.com
ROY K. MCDONALD (SBN 193691)
roy.mcdonald@dlapiper.com
KATHLEEN S. KIZER (SBN 246035)
kathleen.kizer@dlapiper.com
SAORI KAJI (SBN 260392)
saori.kaji@dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA  94105-2933
Telephone:    415.836.2500
Facsimile:    415.836.2501

BARBARA J. PARKER, City Attorney (SBN 69722)
BParker@oaklandcityattorney.org
DORYANNA MORENO, Chief Assistant City Attorney (SBN 140976)
DMoreno@oaklandcityattorney.org
KIRAN C. JAIN, Senior Deputy City Attorney (SBN 233266)
KJain@oaklandcityattorney.org
**OAKLAND CITY ATTORNEY**
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA  94612
Telephone:    510.238.3601
Facsimile:    510.238.6500

Attorneys for Plaintiff,
CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND,<br><br>            Plaintiff,<br><br>v.<br><br>ERIC HOLDER, Attorney General of the United States; and MELINDA HAAG, U.S. Attorney for the Northern District of California,<br><br>            Defendants. | CASE NO.  CV 12-5245 MEJ<br><br>Related Cases: No. CV 12-3566 MEJ<br>                          No. CV 12-3567 MEJ<br><br>**PLAINTIFF CITY OF OAKLAND'S MAY 5, 2014 STATUS REPORT** |

Plaintiff City of Oakland ("Oakland") submits this Status Report regarding its appeal per the Court's July 3, 2013 Order. (N.D. Cal. Dkt. 72)

**Oakland's Appeal to the U.S. Court of Appeals for the Ninth Circuit, Case No. 13-15391**

As previously reported in Oakland's January 3, 2014 Status Report (N.D. Cal. Dkt. 79) and March 3, 2014 Status Report (N.D. Cal. Dkt. 80), briefing for Oakland's appeal of the District Court's Order granting the Government's Motion to Dismiss (N.D. Cal. Dkt. 53) is complete:

- Oakland filed its Opening Brief and Excerpts of Record on July 8, 2013. (9th Cir. Dkt. 21-1 through 21-6);
- Defendants Eric Holder, Attorney General of the United States, and Melinda Haag, United States Attorney for the Northern District of California ("DOJ") filed their Answering Brief on September 6, 2013. (9th Cir. Dkt. 27); and
- Oakland filed its Reply Brief on October 21, 2013. (9th Cir. Dkt. 39).

In its Answering Brief, the DOJ sought to support the Court's order dismissing the case by making additional arguments that the DOJ had not briefed below, including that Oakland lacks Article III and prudential standing. Oakland addressed these new arguments in its Reply Brief.

With briefing completed, the parties now await further order from the Court of Appeal.

Dated: May 5, 2014

Respectfully submitted,

DLA PIPER LLP (US)

OAKLAND CITY ATTORNEY

By: */s/ Cedric C. Chao*
    Cedric C. Chao

Attorneys for Plaintiff
CITY OF OAKLAND