BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

ARVON J. PERTEET (CABN 242828)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6598
    FAX: (415) 436-7234
    Arvon.Perteet@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> REAL PROPERTY AND IMPROVEMENTS LOCATED AT 1840 EMBARCADERO, OAKLAND, CALIFORNIA, </br></br> Defendant. | No. CV 12-03567 MEJ </br></br> **STIPULATION TO DISMISS ACTION PURSUANT TO RULE 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and by the signatures of their counsel hereunder, plaintiff United States of America and claimants, Ana Chretien, Summit Bank, Patients Mutual Assistance Collective Corporation ("PMACC"), Cornelia Crunseth, Frank Knighten, Atour Jason David, Desiree Monique Firl ("Claimants") hereby submit this stipulation to dismiss the government's Verified Complaint for Forfeiture with prejudice. Claimants will and hereby do release the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration ("DEA"), from any and all claims, actions or liabilities arising out of or related to this civil forfeiture action, including, without limitation, any claim for attorneys' fees, cost or interest which may be asserted on behalf of Claimants against the United States, whether pursuant to

STIP DISMISSAL
CV 12-03567 MEJ

28 U.S.C. § 2465 or otherwise. Claimants further agree to waive all appellate rights if any, related to this civil action.

This stipulation shall not be deemed to affect any rights or claims of Claimants as against each other.

Dated: April 27, 2016

BRIAN J. STRETCH
United States Attorney

ARVON J. PERYEET, AUSA
Attorney for Plaintiff,
United States of America

Dated: April __, 2016

HENRY G. WYKOWSKI
Attorney for Claimant PMACC

Dated: April __, 2016

STEPHEN R. DEANGELO
for Claimant PMACC

Dated: April __, 2016

JOSEPH ELFORD
Attorney for Patient Claimants

Dated: April __, 2016

CORNELIA CRUNSETH
Patient Claimant

Dated: April __, 2016

FRANK KNIGHTEN
Patient Claimant

Dated: April __, 2016

ATOUR JASON DAVID
Patient Claimant

Dated: April __, 2016

DESIREE MONIQUE FIRL
Patient Claimant

STIP DISMISSAL
CV 12-03567 MEJ

28 U.S.C. § 2465 or otherwise. Claimants further agree to waive all appellate rights if any, related to this civil action.

This stipulation shall not be deemed to affect any rights or claims of Claimants as against each other.

Dated: April 27, 2016

BRIAN J. STRETCH
United States Attorney

ARVON J. PERTEET, AUSA
Attorney for Plaintiff,
United States of America

Dated: April 29, 2016

HENRY G. WYKOWSKI
Attorney for Claimant PMACC

Dated: April 29, 2016

STEPHEN R. DEANGELO
for Claimant PMACC

Dated: May 9, 2016

JOSEPH ELFORD
Attorney for Patient Claimants

Dated: April __, 2016

CORNELIA CRUNSETH
Patient Claimant

Dated: April __, 2016

FRANK KNIGHTEN
Patient Claimant

Dated: April __, 2016

ATOUR JASON DAVID
Patient Claimant

Dated: April __, 2016

DESIREE MONIQUE FIRL
Patient Claimant

STIP DISMISSAL
CV 12-03567 MEJ

1 | 28 U.S.C. § 2465 or otherwise. Claimants further agree to waive all appellate rights if any, related to
2 | this civil action.
3 |     This stipulation shall not be deemed to affect any rights or claims of Claimants as against each
4 | other.

5 | Dated: April 27, 2016

BRIAN J. STRETCH
United States Attorney

_____
ARVON J. PERTEET, AUSA
Attorney for Plaintiff,
United States of America

10 | Dated: April __ , 2016

_____
HENRY G. WYKOWSKI
Attorney for Claimant PMACC

12 | Dated: April __, 2016

_____
STEPHEN R. DEANGELO
for Claimant PMACC

15 | Dated: April __, 2016

_____
JOSEPH ELFORD
Attorney for Patient Claimants

18 | Dated: April __, 2016

*Cornelia Crunseth* (signature)
CORNELIA CRUNSETH
Patient Claimant

20 | Dated: April __, 2016

_____
FRANK KNIGHTEN
Patient Claimant

23 | Dated: April __, 2016

_____
ATOUR JASON DAVID
Patient Claimant

25 | Dated: April __, 2016

_____
DESIREE MONIQUE FIRL
Patient Claimant

STIP DISMISSAL
CV 12-03567 MEJ

1  28 U.S.C. § 2465 or otherwise. Claimants further agree to waive all appellate rights if any, related to
2  this civil action.
3      This stipulation shall not be deemed to affect any rights or claims of Claimants as against each
4  other.

5  Dated: April 27, 2016

BRIAN J. STRETCH
United States Attorney

ARVON J. PERTEET, AUSA
Attorney for Plaintiff,
United States of America

10  Dated: April __, 2016

HENRY G. WYKOWSKI
Attorney for Claimant PMACC

12  Dated: April __, 2016

STEPHEN R. DEANGELO
for Claimant PMACC

15  Dated: April __, 2016

JOSEPH ELFORD
Attorney for Patient Claimants

18  Dated: April __, 2016

CORNELIA CRUNSETH
Patient Claimant

20  Dated: April __, 2016

*[signature]*
FRANK KNIGHTEN
Patient Claimant

23  Dated: April __, 2016

ATOUR JASON DAVID
Patient Claimant

25  Dated: April __, 2016

DESIREE MONIQUE FIRL
Patient Claimant

STIP DISMISSAL
CV 12-03567 MEJ

28 U.S.C. § 2465 or otherwise. Claimants further agree to waive all appellate rights if any, related to this civil action.

This stipulation shall not be deemed to affect any rights or claims of Claimants as against each other.

Dated: April 27, 2016

BRIAN J. STRETCH
United States Attorney

_____
ARVON J. PERTEET, AUSA
Attorney for Plaintiff,
United States of America

Dated: April __ , 2016

_____
HENRY G. WYKOWSKI
Attorney for Claimant PMACC

Dated: April __, 2016

_____
STEPHEN R. DEANGELO
for Claimant PMACC

Dated: April __, 2016

_____
JOSEPH ELFORD
Attorney for Patient Claimants

Dated: April __, 2016

_____
CORNELIA CRUNSETH
Patient Claimant

Dated: April __, 2016

_____
FRANK KNIGHTEN
Patient Claimant

Dated: April __, 2016

_____
ATOUR JASON DAVID
Patient Claimant

Dated: April __, 2016

_____
DESIREE MONIQUE FIRL
Patient Claimant

STIP DISMISSAL
CV 12-03567 MEJ

| | |
|---|---|
| 1 | 28 U.S.C. § 2465 or otherwise. Claimants further agree to waive all appellate rights if any, related to |
| 2 | this civil action. |

      This stipulation shall not be deemed to affect any rights or claims of Claimants as against each other.

Dated: April 27, 2016

      BRIAN J. STRETCH  
      United States Attorney

      ARVON J. PERTEET, AUSA  
      Attorney for Plaintiff,  
      United States of America

Dated: April __ , 2016

      HENRY G. WYKOWSKI  
      Attorney for Claimant PMACC

Dated: April __, 2016

      STEPHEN R. DEANGELO  
      for Claimant PMACC

Dated: April __, 2016

      JOSEPH ELFORD  
      Attorney for Patient Claimants

Dated: April __, 2016

      CORNELIA CRUNSETH  
      Patient Claimant

Dated: April __, 2016

      FRANK KNIGHTEN  
      Patient Claimant

Dated: April __, 2016

      ATOUR JASON DAVID  
      Patient Claimant

Dated: April __, 2016

      DESIREE MONIQUE FIRL  
      Patient Claimant

STIP DISMISSAL  
CV 12-03567 MEJ

1 | Dated: April __, 2016

STEVEN PISER
Attorney for Claimant Summit Bank

4 | Dated: April __, 2016

Representative for Claimant Summit Bank

7 | Dated: April 28, 2016

RICHARD TAMOR
Attorney for Claimant Ana Chretien

9 | Dated: April __, 2016

ANA CHRETIEN
Claimant Property Property Owner

STIP DISMISSAL
CV 12-03567 MEJ

1  Dated: April MAY 6, 2016

STEVEN PISER
Attorney for Claimant Summit Bank

4  Dated: April MAY 3, 2016

Representative for Claimant Summit Bank

7  Dated: April __, 2016

RICHARD TAMOR
Attorney for Claimant Ana Chretien

9  Dated: April __, 2016

ANA CHRETIEN
Claimant Property Property Owner

STIP DISMISSAL
CV 12-03567 MEJ